

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2021

No. 04-21-00127-CV

**TRANSWOOD CARRIERS**; Transwood Carriers, Inc.; and Transwood Logistics, Inc.,
Appellants

v.

**EP ENERGY E&P COMPANY, LP**; FTS International, Inc.; FTS International Services, LLC;
and J&R Valley Oilfield Services, Inc.,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 17-04-00078CVL
Honorable Walden Shelton, Judge Presiding[1]

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of court for this appeal are taxed against Transwood Carriers; Transwood Carriers, Inc.; and Transwood Logistics, Inc.

It is so **ORDERED** on May 19, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] The Honorable Russell Wilson is the presiding judge of the 218th Judicial District Court. The Honorable Walden Shelton signed the March 1, 2021 Order of Dismissal.